IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYREESE LEARMOND,

Plaintiff,

vs.

ANTHONY SCHUTZ, PROFESSOR, UNIVERSITY OF NEBRASKA COLLEGE OF LAW; DAVID DIRGO, ADJUNCT INSTRUCTOR, UNIVERSITY OF NEBRASKA COLLEGE OF LAW; CHELSI K. HAYDEN, PROFESSOR, UNIVERSITY OF NEBRASKA COLLEGE OF LAW; HARVEY PERLMAN, PROFESSOR, UNIVERSITY OF NEBRASKA COLLEGE OF LAW; DANIELLE CHEREE JEFFERIS, PROFESSOR, UNIVERSITY OF NEBRASKA COLLEGE OF LAW; MOLLY BRUMMOND, PROFESSOR AND ASSOCIATE DEAN, UNIVERSITY OF NEBRASKA COLLEGE OF LAW; RICHARD EDWARD MOBERLY, DEAN AND PROFESSOR, UNIVERSITY OF NEBRASKA COLLEGE OF LAW; BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; AND STATE OF NEBRASKA,

Defendants.

Case No. 4:26-cv-3285

**JOINT NOTICE OF REMOVAL OF CIVIL ACTION AND DESIGNATION OF PLACE OF TRIAL**

COME NOW the Defendants, Anthony Schutz, David Dirgo, Chelsi K. Hayden, Harvey Perlman, Danielle Cheree Jefferis, Molly Brummond, Richard Edward Moberly, the Board of Regents of the University of Nebraska ("BRUN"), and the State of Nebraska, (collectively, "Defendants"), by and through their respective undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, submit this Notice of Removal of Civil Action ("Notice"), thereby removing this case to the United States District Court for the District of Nebraska. In support of this Notice, Defendants state as follows:

## TIMELINESS OF REMOVAL

1. Defendants have been named as defendants in a civil action filed on August 17, 2026, in the District Court of Lancaster County, Nebraska, entitled *Tyreese Learmond vs. Schutz et al.*, Case No. CI 26-3107.

2. On August 20, 2026, Plaintiff served Summons and Complaints via certified mail on the individual Defendants and the Board of Regents of the University of Nebraska, by and through the Board of Regents of the University of Nebraska.

3. On August 18, 2026 or August 20, 2026, Plaintiff served Summons and Complaint via certified mail on the State of Nebraska, by and through the Nebraska Attorney General's Office.

4. A true and correct copy of all process, pleadings, orders served, filed, or entered in the state court action as of the date of the filing of this removal is attached hereto as ***Exhibit A***.

5. This Notice, filed within thirty days of receipt via certified mail of the Summons and Complaints by Defendants, is timely under 28 U.S.C. § 1446(b).

## BASIS FOR THIS COURT'S JURISDICTION

6. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331 in that Plaintiff's action arises under federal law and alleges federal law claims. [*See* Exhibit A].

7. Specifically, the Complaint invokes the Court's jurisdiction pursuant to and alleges claims under Title VI of the Civil Rights Act (42 U.S.C. §§ 2000d *et seq.*), the United States Constitution, the Americans with Disabilities Act ("ADA") (42 U.S.C. § 12101 *et seq*), and 42 U.S.C. § 1983. [*See* Ex. A, Complaint, ¶¶ 118 – 128 (Count I), 164-170 (Count VII), 171-177 (Count VIII), and 178-182 (Count IX)].

8. For these reasons, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441(a).

9. This Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over all other claims asserted by Plaintiff's Complaint because the remaining claims form part of the same case or controversy under Article III of the United States Constitution.

10. By filing this Notice, Defendants consent to the removal of this action to the United States District Court for the District of Nebraska.

11. By filing this Notice, the Defendants do not waive any defenses and/or affirmative claims, counterclaims, or third-party claims that may be available to the Defendants, including, but not limited to, sovereign immunity and Eleventh Amendment immunity.

12. On September 17, 2026, promptly after filing this Notice of Removal, Defendants will cause the Notice of Filing of Notice of Removal to be filed with the Clerk of the District Court of Lancaster County, Nebraska, in *Tyreese Learmond vs. Schutz et al.*, Case No. CI 26-3107.

13. On the same day, Defendants caused or will cause the Notice of Removal, along with the Notice of Filing, to be served upon the Plaintiff as provided in the Certificate of Services and as is required by law.

14. By filing this Notice, the Defendants consent to removal of this action to the United States District Court for the District of Nebraska.

15. Plaintiff has demanded a jury trial on all claims triable to a jury.

WHEREFORE, Defendants hereby remove the above-captioned case from the District Court of Lancaster County, Nebraska, to the United States District Court for the District of Nebraska.

**DESIGNATION OF PLACE OF TRIAL**

Pursuant to NECivR 40.1(b), Defendants designate Lincoln, Nebraska as the place of trial.

Dated this 17th day of September, 2026.

ANTHONY SCHUTZ, Professor, University of Nebraska College of Law; DAVID DIRGO, Adjunct Instructor, University of Nebraska College of Law; CHELSI K. HAYDEN, Professor, University of Nebraska College of Law; HARVEY PERLMAN, Professor, University of Nebraska College of Law; DANIELLE CHEREE JEFFERIS, Professor, University of Nebraska College of Law; MOLLY BRUMMOND, Professor and Associate Dean, University of Nebraska College of Law; RICHARD EDWARD MOBERLY, Dean and Professor, University of Nebraska College of Law; and BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, Defendants

By: s/ Lily Amare

Susan K. Sapp #19121
Lily Amare #25735
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

*- and -*

Bren H. Chambers #23150
Vice President and General Counsel
University of Nebraska
Varner Hall, Room 234
3835 Holdrege Street
Lincoln, Nebraska 68583-0745
(402) 472-1201
bchambers@nebraska.edu

STATE OF NEBRASKA, Defendant

By: s/ Raymond P. Daugherty
Raymond P. Daugherty #27850
Assistant Attorney General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68508
(402) 471-2683
raymond.daugherty@nebraska.gov

**CERTIFICATE OF SERVICE**

I, Lily Amare, hereby certify I electronically filed the foregoing on September 17, 2026, with the Clerk of the United States District Court for the District of Nebraska and served a true and correct copy of the foregoing upon Plaintiff, via email and first-class mail to the following:

Tyreese Learmond
301 Centennial Mall South
P.O. Box 94634
Lincoln, NE 68508
tyreeselearmond@astreet.cloud

s/ Lily Amare
Lily Amare