IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYREESE LEARMOND,

Plaintiff,

vs.

ANTHONY SCHUTZ, Professor, University of Nebraska College of Law; DAVID DIRGO, Adjunct Instructor, University of Nebraska College of Law; CHELSI K. HAYDEN, Professor, University of Nebraska College of Law; HARVEY PERLMAN, Professor. University of Nebraska College of Law; DANIELLE CHEREE JEFFERIS, Professor, University of Nebraska College of Law; MOLLY BRUMMOND, Professor and Associate Dean, University of Nebraska College of Law; RICHARD EDWARD MOBERLY, Dean and Professor, University of Nebraska College of Law; BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, STATE OF NEBRASKA, JOHN BACKER, Captain, University of Nebraska-Lincoln Police Department; LINDA MCMAHON, Secretary of Education, in her official capacity; UNITED STATES DEP'T OF EDUCATION, and AMERICAN BAR ASSOCIATION,

Defendants.

**4:26CV3285**

**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTIONS TO DISMISS**

This case is before the Court on the Motion to Dismiss by Defendants Anthony Schutz, David Dirgo, Chelsi K. Hayden, Harvey Perlman, Danielle Cheree Jefferis, Molly Brummond, Richard Edward Moberly, and the Board of Regents of the University of Nebraska (collectively, the UNL Defendants), Filing 11, and the Motion to Dismiss by Defendant State of Nebraska (the State), Filing 14. In response, on October 26, 2026, Plaintiff filed a First Amended Complaint as a matter of course that *inter alia* names additional defendants. Filing 16. The Court takes no

position on whether the Amended Complaint remedies any deficiencies in the original Complaint or is subject to the same challenges raised in Defendants' Motion to Dismiss. Instead, the Court notes that, upon filing of the Amended Complaint, the original Complaint in this case was superseded and rendered a nullity. *See Wullschleger v. Royal Canin U.S.A., Inc.*, 75 F.4th 918, 922 (8th Cir. 2023) ("[A]n amended complaint [supersedes] an original complaint and renders the original complaint without legal effect." (quoting *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000)), *cert. granted*, 144 S. Ct. 1455 (2024), *and aff'd*, No. 23-677, 2025 WL 96212 (U.S. Jan. 15, 2025). The Court concludes that the appropriate course in these circumstances is to deny Defendants' Motions to Dismiss without prejudice to reassertion as to the First Amended Complaint if Defendants choose to do so.

Accordingly,

IT IS ORDERED that the Motion to Dismiss by the UNL Defendants, Filing 11, and the Motion to Dismiss by (the State), Filing 14, are denied without prejudice to reassertion as to Plaintiff's First Amended Complaint. If Defendants decide to file renewed Motions to Dismiss, Defendants must do so within the time provided by Federal Rule of Civil Procedure 15(a)(3). The additional defendants, if properly served, must respond to the First Amended Complaint as required by the Federal Rules of Civil Procedure.

Dated this 28th day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge