IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYREESE LEARMOND,

Plaintiff,

vs.

ANTHONY SCHUTZ, Professor, University of Nebraska College of Law; DAVID DIRGO, Adjunct Instructor, University of Nebraska College of Law; CHELSI K. HAYDEN, Professor, University of Nebraska College of Law; HARVEY PERLMAN, Professor. University of Nebraska College of Law; DANIELLE CHEREE JEFFERIS, Professor, University of Nebraska College of Law; MOLLY BRUMMOND, Professor and Associate Dean, University of Nebraska College of Law; RICHARD EDWARD MOBERLY, Dean and Professor, University of Nebraska College of Law; BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, STATE OF NEBRASKA, JOHN BACKER, Captain, University of Nebraska-Lincoln Police Department; LINDA MCMAHON, Secretary of Education, in her official capacity; UNITED STATES DEP'T OF EDUCATION; and AMERICAN BAR ASSOCIATION,

Defendants.

**4:26CV3285**

**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

This case is before the Court on Plaintiff's Motion to Extend Time to Respond to Defendants' Motions to Dismiss for Failure to State a Claim. Filing 34. Plaintiff seeks an extension until 14 days after all Defendants have filed motions to dismiss or responsive pleadings to respond to any motions to dismiss, including the two Motions to Dismiss already pending. Filing 34 at 2. Plaintiff asserts that judicial economy will be best served by allowing him to submit one response to all pending motions to dismiss. Filing 34 at 2. The Court disagrees, as such an approach will

needlessly delay disposition of the Motions to Dismiss already pending before the Court, and it is unlikely that the remaining unserved Defendants' grounds for dismissal will be identical to those of the Defendants who have already moved to dismiss.

Accordingly,

IT IS ORDERED that Plaintiff's Motion to Extend Time to Respond to Defendants' Motions to Dismiss for Failure to State a Claim, Filing 34, is denied. The briefing of the pending Motions to Dismiss shall proceed in the manner prescribed by applicable local rules and Federal Rules of Civil Procedure. When and if other Defendants file Motions to Dismiss, those Motions will also be briefed in the manner prescribed by applicable rules.

Dated this 10th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge